IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-41-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| KYLE JAMES JONAS, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 28). Kyle James Jonas appeared before the Court on August 8, 2024, and entered a plea of guilty to Count 3 of the indictment. Jonas also admitted the forfeiture allegation as part of his guilty plea. Jonas' guilty plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that Kyle James Jonas' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Sig-Sauer, Model P229, .40 S&W caliber, semi-auto pistol, SN: AE31563.
- Eight (8) rounds of 9mm luger caliber, Blazer brand ammunition and one (1) round of .40 S&W caliber, USA brand ammunition.
- Taurus, Model G2C, 9mm caliber, semi-auto pistol, S/N: TLS24444.
- Twenty-One (21) rounds of assorted caliber and brand ammunition.

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1) and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 9th day of August, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge